**No. 10-10699. Fred Ray, Jr., Petitioner v. United States.**

564 U.S. 1033, 131 S. Ct. 3080, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4822.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 10M115. David C. Corson, Petitioner v. Paul A. Mattox, Jr., Secretary, West Virginia Department of Transportation, et al.**

564 U.S. 1034, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4898.

June 27, 2011. Motion for leave to proceed as a seaman denied.

**No. 10M116. Fabian Verdugo, Petitioner v. United States.**

564 U.S. 1034, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4950.

June 27, 2011. Motion for leave to file a petition for a writ of certiorari under seal granted.

**No. 10M117. Paul F. Savich, Petitioner v. Karmen Domres.**

564 U.S. 1035, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4884.

June 27, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M118. Chanikka Davis Payne, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services, et al.**

564 U.S. 1035, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4830.

June 27, 2011. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 10-768. Aftermath Records, dba Aftermath Entertainment, et al., Petitioners v. F.B.T. Productions, LLC, et al.**

564 U.S. 1035, 131 S. Ct. 3083, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4970.

June 27, 2011. Motion of respondents for attorneys' fees and expenses denied.

**No. 10-10177. William H. Jones, Jr., Petitioner v. Merck & Company, Inc.**

564 U.S. 1035, 131 S. Ct. 3083, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4855.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 18, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.